Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                         )<br>                    Plaintiff,             )<br>                                                         )<br>          v.                                         )<br>                                                         )<br>DAVID MURRAY,                       )<br>                                                         )<br>                    Defendant.         )<br>_____) | NO.  CR05-418RSM<br><br>ORDER CONTINUING<br>TRIAL DATE |

THIS MATTER comes before the Court on a stipulated motion of the government and defendant to continue the trial date.  Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice.  The case is complex involving over three thousand pages of discovery, over one thousand intercepted audio recordings and hundreds of exhibits. Defendant has provided the government with discovery that includes the defendant's financial data for the last eight years.  It is unreasonable to expect adequate preparation for trial before the current trial date of April 3, 2006.  The Court further finds that the interests of the public and the defendants in a speedy trial in this case are outweighed by the ends of justice.

IT IS NOW, THEREFORE, ORDERED that trial of defendant DAVID MURRAY be continued to April 17, 2006, and that the time between the date of this Order and the

Order Continuing Trial/Murray
CR05-417RSM –1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

new trial date be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).

Dated this 31st day of March, 2006

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA  98101-3903
(206) 553-4882, Fax:  (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar #24300

s/ James Frush
James Frush
Cable Langenbach Kinerk & Bauer
1000 2nd Ave, Ste. 2500
Seattle, WA 98104
206-292-8800
Email: jfrush@cablelang.com

Order Continuing Trial/Murray
CR05-417RSM –2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970